PETER NUTTALL, ESQ.
619 South Sixth Street
Las Vegas, Nevada 89101
Tel. (702) 789-9941; Fax (702) 548-5854
Attorney for Plaintiffs: Rafael Torres-Chavez, Hugo Rafael Torres-Moreno, Luis Miguel Torres-Moreno, Priscilla Viridiana Torres-Moreno, and Rosario Torres-Moreno

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TORRES-CHAVEZ et al., | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO. 2:08-CV-00873-LDG-RJJ<br>) |
| DHS | ) ORDER<br>) |
| Defendant. | ) |

## RENEWEWED ORDER EXTENDING STAY OF DEPORTATION

Since its stay of deportation granted October 20, 2008, this Court has heard repeated representations from both parties regarding continuing negotiations.

For good cause shown, THE COURT ORDERS that the Stay of Deportation or removal of all Plaintiffs, to wit: RAFAEL TORRES-CHAVEZ, ROSARIO TORRES MORENO, LUIS MIGUEL TORRES MORENO, HUGO RAFAEL TORRES-MORENO, and PRISCILLA VIRIDIANA TORRES-MORENO, shall remain in effect until further notice of the Court.

Any existing warrants related to the immigration status of the aforementioned persons are hereby quashed.

DATED this 7th day of June, 2011.

Lloyd D. George
United States District Judge