UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

RAFAEL TORRES-CHAVEZ, *et al.*

Plaintiffs,

vs.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

2:08-CV-00873-LDG-RJJ

**ORDER**

This matter is before the Court on Plaintiffs' Attorney, Peter C. Nuttall, Esq.'s Motion to Withdraw as Counsel for Creditor (Doc. #52).

The Court having reviewed the foregoing Motion and good cause appearing therefore,

IT IS HEREBY ORDERED that a motion hearing is scheduled for September 26, 2011, at 11:00 A.M. in courtroom 3D, 3rd floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff's Attorney, Peter C. Nuttall, must serve the Plaintiffs by personal service or mail, return receipt required, signed by the individual Plaintiffs.

DATED this 7th day of September, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge