IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Hugo Rafael TORRES-CHAVEZ, et al., | Case No. 2:08-CV-00873-LDG-RJJ |
| Plaintiffs, | |
| v. | **ORDER GRANTING** |
| DEPARTMENT OF HOMELAND SECURITY, et. al., | **JOINT STIPULATED MOTION TO DISMISS** |
| Defendants. | |

The parties, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, have notified the Court that they have settled their dispute. Accordingly, the Court hereby GRANTS the joint stipulated motion, and this case is DISMISSED with prejudice. Each party will bear its own fees and costs.

By this Order, the Court further orders that the stay of removal of the Plaintiffs and the Order quashing all existing warrants related to the immigration status of the Plaintiffs, which this Court entered on June 7, 2011, will terminate and extinguish 60 days from the date of the adjudicator's decision on Plaintiff Rafael Torres-Chavez's application, or 10 days from the entry of this Order if Mr. Torres-Chavez fails to comply with the terms of the agreement.

DATED: 9 MAR 2012

_____
The Honorable Lloyd D. George
United States District Court

Torres-Chavez v. Department of Homeland Security, et al.
Case No. 2:08-CV-00873-LDG-RJJ